UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CR-18-1FL

UNITED STATES OF AMERICA

v.                                                          ORDER

WILLIAM STALLINGS

On motion of the Defendant, William Stallings, and for good cause shown, it is hereby

ORDERED that the Motion at Docket Entry #29  be sealed until further notice by this Court, except

that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and

the United States Probation Officer.

IT IS SO ORDERED.

This the  21st  day of June, 2016.

_____
LOUISE WOOD FLANAGAN
United States District Judge