IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-cr-00018-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM STALLINGS | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on September 6, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant pleading guilty and agreeing to the forfeiture of the property listed in the September 6, 2016 Preliminary Order of Forfeiture to wit:

**Real Property:**

One tract of land with all appurtenances and improvements thereto, as more fully described in Deed Book 240, Pages 242–243 of the Perquimans County Registry, and having the street address of 171 Bethany Church Road, Belvidere NC 27919, and being titled in the name(s) of William T. Stallings and Lisa N.B. Stallings.

**Personal Property:**

a. a .38 caliber Colt, model Detective Special, revolver bearing serial number B26079; and

b. Six (6) rounds of .38 caliber ammunition;

1

AND WHEREAS, the United States published notice of this forfeiture at the [www.forfeiture.gov](www.forfeiture.gov) web site for at least 30 consecutive days, between September 6, 2016 and October 15, 2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the potential petitioners as to the subject properties in this criminal forfeiture action are Lisa Stallings, the Perquimans County Tax Administrator, and Branch, Banking & Trust Company (BB&T);

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Lisa Stallings, via personal service on October 21, 2016 by an agent of the U. S. Marshal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Perquimans County Tax Administrator, via certified mail on October 5, 2016 by an agent of the U.S. Postal Service;

AND WHEREAS, service of the Preliminary Order of Forfeiture was made on Branch Banking and Trust Company (BB&T) via certified mail on October 5, 2016 and October 6, 2016, by an agent of the U.S. Postal Service;

AND WHEREAS, service upon the subject real property was executed by posting of the Preliminary Order of Forfeiture on the property by an agent of the United States Marshal Service on October 17, 2016;

AND WHEREAS, service upon the subject currency was served while in the custody of the Federal Bureau of Investigation on February 15, 2017;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's September 6, 2016 Preliminary Order of Forfeiture, other than that filed by BB&T on November 4, 2016;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the September 6, 2016 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice or the Federal Bureau of Investigation is directed to dispose of the property according to law. All right, title, and interest in this property shall vest in the United States as of the date of commission of the offense committed by the defendant which rendered it subject to forfeiture, subject only to the claims of the Perquimans County Tax Administrator and BB&T.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States

3

Department of Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e), provided that ad valorem taxes and the claim of BB&T shall be paid in full from the proceeds of sale.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 6th day of March, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE